JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 23 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jorge Malara-Guzman,<br><br>    Petitioner,<br><br>    v.<br><br>United States of America,<br><br>    Respondent. | Case No. **CV 09-9198-JFW**<br>          **CR06-390 JFW**<br><br>**JUDGMENT** |

Pursuant to this Court's December 23, 2009 Order denying Petitioner Jorge Malara-Guzman's motion to vacate, set aside, or correct sentence by a person in federal custody pursuant to 28 U.S.C. § 2255,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

Dated: December 23, 2009

                                      JOHN F. WALTER
                            UNITED STATES DISTRICT JUDGE

S:\JFW\CIVIL CASES\USA 2255 Malara-Guzman 09-9198\2255 Judgement.wpd
(Rev. 2/15/08)